December 11, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ANITA LAVEN, Appellant

NO. 14-13-00440-CV                          V.

THBN, LLC AND SEAN ARNOLD, INDIVIDUALLY AND AS TRUSTEE OF THE ANITA R. LAVEN 20334 DESERT WILLOW LAND TRUST, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, THBN, LLC and Sean Arnold, Individually and as Trustee of The Anita R. Laven 20334 Desert Willow Land Trust, signed March 6, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Anita Laven, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.